**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUDREY FOX, | Case No.: 2:21-cv-00432-APG-NJK |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | |
| Defendant | |

In light of defendant Allstate Fire and Casualty Insurance Company's response to the order to show cause (ECF No. 9),

I ORDER that the order to show cause (ECF No. 5) is satisfied and I will not remand for lack of subject matter jurisdiction at this time.

DATED this 22nd day of March, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE