# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AUDREY FOX, | Case No.: 2:21-cv-00432-APG-NJK |
| Plaintiff | **Order Granting Stipulation and Dismissing Case** |
| v. | [ECF No. 19] |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | |
| Defendant | |

I ORDER that the parties' stipulation to resolve this suit by binding arbitration **(ECF No. 19) is GRANTED**. Because there is nothing further for the court to address in this case, I FURTHER ORDER the clerk of court to close this case.

DATED this 18th day of May, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE